989 So.2d 103 (2008)
SOUTH PETERS HOTEL INVESTORS, L.P.
v.
ROY ANDERSON CORP., Mechanical Construction Co., L.L.C., et al.
South Peters Hotel Investors, L.P.
v.
Roy Anderson Corp., et al.
No. 2008-CC-1011.
Supreme Court of Louisiana.
August 29, 2008.
In re Carriere-Stumm Inc.;  Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. L, No. 2005-6170; to the Court of Appeal, Fourth Circuit, No(s). 2008-C-0080, 2008-C-0010.
Denied.